United States District Court
Southern District of Texas

**ENTERED**

July 14, 2026

Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### GALVESTON DIVISION

| | | |
|---|---|---|
| PATRICK SEAN HAWKINS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:26-cv-00026 |
| | § | |
| WELLS FARGO BANK, N.A., *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### MEMORANDUM AND RECOMMENDATION

On February 4, 2026, the court referred all pretrial matters in this case to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 6. Judge Edison filed a memorandum and recommendation on June 18, 2026, recommending that Defendants' motion to dismiss (Dkt. 27) be granted. *See* Dkt. 33.

On July 2, 2026, the plaintiff filed his objections to the memorandum and recommendation. *See* Dkt. 36. In accordance with 28 U.S.C. § 636(b)(1)(C), this court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The court has carefully considered the objections; the memorandum and recommendation; the pleadings; and the record. The court accepts Judge Edison's memorandum and recommendation and adopts it as the opinion of the court. It is therefore ordered that:

(1)     Judge Edison's memorandum and recommendation (Dkt. 33) is approved and adopted in its entirety as the holding of the court; and

(2)     Defendants' motion to dismiss (Dkt. 27) is granted.

SIGNED on Galveston Island this 14th day of July 2026.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE